```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

LEWIS TURNBULL,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A conference to address alleged violations of the defendant's supervised release is hereby scheduled for September 8, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    17 August 2023
            New York, New York

                                          _____
                                              Victor Marrero
                                                U.S.D.J.

1