```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

LEWIS TURNBULL,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant requests that the proceeding currently scheduled for October 13, 2023 at 11:30 a.m. be rescheduled for the afternoon of the same day. (See Dkt. No. 698.) The Government does not object to the request. (See id.) Accordingly, the Court **GRANTS** the request and hereby reschedules the proceeding for October 13, 2023, at 2:30 p.m.

**SO ORDERED.**

Dated:    10 October 2023
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.