```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LEWIS TURNBULL,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    A proceeding to address alleged violations of Defendant's supervised release is hereby scheduled for October 27, 2023 at 11 a.m.

**SO ORDERED.**

Dated:    13 October 2023
            New York, New York

                                                        Victor Marrero
                                                         U.S.D.J.