# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

October 31, 2023

Hon. Victor Marrero
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/23
```

Re: United States v. Lewis Turnbull
16 Cr. 809 (VM)

Your Honor:

In order for me to submit a CJA e-voucher it appears that I require an order appointing me to represent Mr. Turnbull for the violation of supervised release proceeding that was just concluded. I began working on this matter on August 17, 2023 when I received notice from chambers that I would be asked to undertake this matter. Accordingly, kindly "so order" this application thus allowing me to submit an e-voucher for my services rendered *nunc pro tunc* to August 17, 2023.

Respectfully submitted,

Richard H. Rosenberg

SO ORDERED.

10/31/2023
DATE

VICTOR MARRERO, U.S.D.J.